In the Matter of the Accounting of the CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under the Will of FREDERICK A. HOYT, Deceased.

CENTRAL HANOVER BANK AND TRUST COMPANY, Individually and as Trustee, Appellant; FREDERICKA H. HASLUP et al., Respondents.

Submitted October 1, 1945; decided October 11, 1945.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 373.]

In the Matter of the Probate of the Will of G. FRANK WEEKS, Deceased.

LOTTA N. WEEKS, Appellant; LIONEL E. WEEKS, as Executor and Trustee under the Will of G. FRANK WEEKS, Deceased, et al., Respondents.

Submitted October 1, 1945; decided October 11, 1945.

Motions by respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 516.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY WINTERS, Appellant.

Submitted October 1, 1945; decided October 11, 1945.

Motion by appellant to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: The defendant argued that his conviction violated the right of freedom of speech guaranteed by the Fourteenth Amendment of the Constitution of the United States. This court held that the conviction aforesaid did not violate the right of freedom of speech guaranteed by the Fourteenth Amendment of the Constitution of the United States. [See 294 N. Y. 545.]